UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARIDAD HEREDIA, et al.,

        Plaintiffs,

- against -

ACH FOOD COMPANIES, INC.,

        Defendant.

**ORDER**

22-CV-05366 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared today, July 13, 2023 at 2:30 p.m., in Courtroom 520, for the oral ruling on Defendant's Motion to Dismiss (Doc. 21). For the reasons indicated on the record and law cited therein, the motion to dismiss filed is DENIED. See transcript.

The Clerk of the Court is respectfully directed to terminate the pending motion (Doc. 21). Defendants shall file an Answer by August 14, 2023.

**SO ORDERED.**

Dated:   White Plains, New York
        July 13, 2023

                                      PHILIP M. HALPERN
                                      United States District Judge