# BURSOR & FISH

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

Application denied.

**SO ORDERED.**

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        August 30, 2023

August 30, 2023

*Via ECF*

The Honorable Philip M. Halpern
United States District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**Re:  Heredia et al v. ACH Food Companies, Inc., Case No. 7:22-cv-05366 (S.D.N.Y.)**

Dear Judge Halpern:

I represent Plaintiffs in the above matter.  I write pursuant to Section 1(C) of the Court's

Individual Rules of Practice.  The Parties are currently discussing resolution of this matter and

feel it would be productive to adjourn the initial conference currently scheduled for September 7,

2023.  ECF No. 34.  The Parties anticipate that they will need 60 days to confirm whether it will

be possible to resolve this matter.

Very truly yours,

Yitzchak Kopel